1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| TAMICA CHRISTINA GIBBS,<br><br>         Plaintiff,<br><br>    v.<br><br>KILOLO KIJAZAKI, Acting<br>Commissioner of Social Security,<br><br>         Defendant. | Case No. 2:21-CV-04524-MWF-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, the Report and Recommendation of United States Magistrate Judge (ECF No. 23), Defendant's Objections (ECF No. 24), and Plaintiff's Reply (ECF No. 25). After conducting a *de novo* review of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.  Specifically, the Court rejects the Commissioner's objections that the ALJ committed no error that would require the remand, even given the substantial deference shown to the ALJ on factual matters.  The Court thus agrees in part with the Reply, but disagrees that the Magistrate Judge erred by failing to address all issues raised.

IT THEREFORE IS ORDERED as follows:

(1) The Report and Recommendation of United States Magistrate Judge is ACCEPTED; and

(2) Judgment shall be ENTERED reversing the final decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: December 13, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE