JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMICA CHRISTINA GIBBS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAZAKI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:21-CV-04524-MWF-MAA<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED:  December 13, 2022\\

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE