**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMICA CHRISTINA GIBBS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAZAKI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:21-CV-04524-MWF-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Attorney Fees Under the Equal Access to Justice Act ("Petition," ECF No. 28), the records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 34). The time for filing objections has expired, and no objections have been made.

///
///
///
///
///
///

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; (2) the Petition is GRANTED in part; and (3) $9,500.84 is directly awarded to Plaintiff's counsel if the Government determines that Plaintiff does not have an outstanding federal debt.

Dated: June 28, 2023

MICHAEL W. FITZGERALD
United States District Judge